UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 2, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:08CV192HEA<br>)<br>) |
| LEGACY PAINTING, L.L.C., | )<br>) |
| Defendant. | )<br>) |

## **JUDGMENT AND ORDER**

Plaintiffs' Motion for Partial Default Judgment against Defendant, Legacy Painting, L.L.C., is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant shall submit its books and records, including, but not limited to, individual compensation records, payroll register, payroll journal, time cards, federal and state tax forms, W-2 Forms and 1099 Forms, State quarterly tax returns, Workers' Compensation Reports, Fringe Benefit records, job cost records, general ledger with cash disbursements and supporting documents, accounts receivable, invoices, and check stubs for the period of January 1, 2007 through the present. Said books and records shall be

submitted to Plaintiffs for review and copying.

Dated this 14th day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE